# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Case No. 17-cv-00654-HSG (PR) **ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF COMPLAINT** Re: Dkt. No. 12 |

Good cause appearing, plaintiff's motion for a copy of his complaint is GRANTED. Plaintiff states that he cannot afford the cost of photocopying the complaint with exhibits and asks the Court to take into account his in forma pauperis status. In order to relieve plaintiff of photocopying fees, the Court will, in this instance, return to plaintiff the hard copy of the complaint with exhibits.[1]

The Court sua sponte extends the deadline for plaintiff to file an amended complaint to **June 1, 2017**.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: 4/18/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Plaintiff is advised that a filer who has been granted in forma pauperis status may initiate a court action without paying the required filing fee up front; instead, the filer is allowed to pay the filing fee in installments. However, a filer who has been granted in forma pauperis status is not exempt from paying for photocopies.