UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 17-cv-00654-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

On February 9, 2017, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 31, 2017, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

Following an extension of time, the amended complaint was due by June 1, 2017. This deadline has passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 6/13/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge