UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 17-cv-00654-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/13/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge