UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD,<br>    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No. 17-cv-00654-HSG (PR)<br><br>**ORDER REOPENING ACTION** |

This federal civil rights action was dismissed because plaintiff failed to file an amended complaint by the deadline. Plaintiff since has filed an amended complaint.

The action is REOPENED. The Clerk is directed to modify the docket accordingly. The judgment (Dkt. No. 16) and the order of dismissal (Dkt. No. 15) are VACATED.

The amended complaint will be reviewed in a separate order.

Plaintiff is advised that future documents in this case should be mailed directly to the following address to ensure proper filing:

Clerk's Office
Ronald V. Dellums Federal Building and United States Courthouse
1301 Clay Street, Suite 400 S
Oakland, CA 94612

**IT IS SO ORDERED.**

Dated: 6/23/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge