UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, at al.,<br><br>Defendants. | Case No. 17-cv-00654-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal without prejudice, judgment is hereby entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/29/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge